AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Aaron Dukes<br>*Plaintiff*<br>v.<br>Commissioner of the Social Security Administration<br>*Defendant* | Civil Action No.    9:09-CV-2484-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court adopts the Magistrate Judge's Report and Recommendation. The Commissioner's decision is **REVERSED**, and this case is remanded to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for review of this matter consistent with the recommendation of the Magistrate Judge.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge

Date:    February 1, 2011                                    *CLERK OF COURT*

                                                             s/ John P. Bryan, Jr.
                                                             *Signature of Clerk or Deputy Clerk*